# Supreme Court of Kentucky

## 2022-SC-0004-DG

JOYCE TURNER                                                                              APPELLANT

                                ON REVIEW FROM COURT OF APPEALS
V.                          NOS. 2019-CA-0328 & 2019-CA-0569
                          JEFFERSON CIRCUIT COURT NO. 11-CI-006125

NORTON HEALTHCARE, INC.                                                          APPELLEE

### ORDER DENYING PETITION FOR REHEARING

The Petition for Rehearing, filed by the Appellant, of the Opinion of the

Court, rendered August 24, 2023, is DENIED.

All sitting.  All concur.

ENTERED: December 14, 2023.

_____
                                    CHIEF JUSTICE